384 A.2d 992

Commonwealth v. Sweitzer, Appellant.

 Argued November 18,

1977.   John Woodcock, Jr., Public Defender, for appellant; Thomas G. Peoples, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.